AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Kevin L. Perrigo

Plaintiff,

V.

Premium Assest Services, LLC

Defendant.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:14-cv-01052-GMN-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

judgment is entered in favor of Plaintiff in the amount of $1,000.00 in statutory damages, $1,275.00 in attoney's fees and costs, and $1,500.00 in statutory damages.

7/28/2015
Date

/s/ Lance S. Wilson
Clerk

/s/ Danielle Cacciabaudo
(By) Deputy Clerk